ACCEPTED
15-25-00031-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/8/2025 7:20 PM
CHRISTOPHER A. PRINE
CLERK

**NO. 15-25-00031-CV**

IN THE FIFTEENTH DISTRICT COURT OF APPEALS FOR THE STATE OF TEXAS AT
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/8/2025 7:20:56 PM
CHRISTOPHER A. PRINE
Clerk

**Nonparty Patient No. 1, Nonparty Patient No. 2, Nonparty Patient No. 3,
Nonparty Patient No. 4, Nonparty Patient No. 5, Nonparty Patient No. 6,
Nonparty Patient No. 7, Nonparty Patient No. 8, Nonparty Patient No. 9,
Nonparty Patient No. 10, and Nonparty Patient No. 11,**
*Relators*

On Petition for Writ of Mandamus
From the 493rd District Court at Collin County, Texas,
Cause No. 493-07676-2024
The Honorable Judge Christine A. Nowak, Presiding

## NONPARTY PATIENTS' ADVISORY IN SUPPORT OF THEIR SECOND EMERGENCY MOTION TO STAY PENDING PETITION FOR WRIT OF MANDAMUS

Jervonne D. Newsome (Lead Counsel)
Texas Bar No. 24094869
jnewsome@winston.com
Thanh D. Nguyen
Texas Bar No. 24126931
tdnguyen@winston.com
Jonathan Hung
Texas Bar No. 24143033
johung@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500

William M. Logan
Texas Bar No. 24106214
wlogan@winston.com
Evan D. Lewis
Texas Bar No. 24116670
edlewis@winston.com
Olivia A. Wogon
Texas Bar No. 24137299
owogon@winston.com
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600

The Court previously ordered the Collin County court to memorialize its oral ruling on March 20, 2025, into a written order. Ex. A. The trial court has done so. Ex. B. In summary, the order clarifies and says that:

- On February 28, 2025, the Collin County court ordered Children's and UTSW to produce "medical, laboratory, billing, and prescription records" from January 1, 2022 to present. Ex. B at 1. It refers to these documents as the "Roll One Documents." *Id.*

- Almost a month later, on March 20, 2025, the Collin County court conducted a hearing, in which it ordered "production of the . . . Roll One Documents." *Id.* at 2.

- Notwithstanding that pronouncement, the Collin County court said that UTSW need not produce any documents until UTSW determined who would serve as its counsel. *Id.* Thus, only Children's needed to produce documents as of that date.

- Later, UTSW retained new counsel. *Id.* at 3. Consequently, on March 26, 2025, the Collin County court said, "[T]he stay of production by UTSW ordered by the Court at the March 20 Hearing was lifted and UTSW was now again subject to, and ordered to comply with, the February 28 Orders." *Id.*

- Thus, in the Collin County court's view, Children's and UTSW are now on the same track and must produce the **unrepresented** patients' records to counsel for Dr. Cooper and Dr. Lau. The hospitals shall complete their production by April 16, 2025. *Id.* at 2.

- With respect to the **represented** patients, Children's and UTSW must produce those records to counsel for Dr. Cooper, Dr. Lau, and Relators. The hospitals shall complete their production by April 16, 2025. *Id.*

- On April 16, 2023, the Collin County court will hold a hearing, during which it will announce its rulings regarding its *in camera* review of requests for additional redactions. *Id.* at 2–3.

2

In light of the Collin County court's instructions, Relators continue to urge that their Second Emergency Motion for a Stay be granted. The Collin County court's recent clarification specifies that both Children's and UTSW are subject to its *February 28* Order requiring production. On March 20, all the Collin County court did was say that Children's was subject to that order immediately, and UTSW would become subject to it after it determined who would serve as its counsel. *Id.* at 2–3. The State's Response was incorrect when it stated, "Judge Nowak's March 20th statements also make clear that her orders solely relate to Childrens [sic]." State's Resp. at 9 (Apr. 3, 2025). Regardless of what the Collin County court's orders said about the *timing* of UTSW's production, it indisputably ordered that "[o]nce UTSW is properly represented, UTSW shall be subject to the February 28 Orders." Ex. B at 2. Such an order was ripe for review by mandamus proceeding because, as argued in Relators' Petition, it was improper for the Collin County court to order production in any capacity while Relators' motion for protection was pending in Dallas County.

Further, in their Petition, Relators specifically requested relief in the form of "a writ of mandamus compelling the Collin County court to strike its February 28, 2025 Written Order, March 6 Oral Order, and March 20 Oral Order compelling the partial production of documents under the State's Subpoena[s] [sic]." Pet. at vii. Therefore, relief from both the Collin County court's February 28 and March 20 Orders were properly before this Court.

As explained in Relators' Second Emergency Motion for a Stay, this Court's Order Granting a Stay properly applied to both Children's and UTSW. The Court should therefore grant Relators' Second Emergency Motion to Stay and clarify that neither Children's nor UTSW may produce any documents pursuant to the State's subpoenas and subject to the orders of the Collin County court.

April 8, 2025

Respectfully Submitted,

*/s/ Thanh D. Nguyen*
Jervonne D. Newsome (Lead Counsel)
Texas Bar No. 24094869
jnewsome@winston.com
Thanh D. Nguyen
Texas Bar No. 24126931
tdnguyen@winston.com
Jonathan Hung
Texas Bar No. 24143033
johung@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500

William M. Logan
Texas Bar No. 24106214
wlogan@winston.com
Evan D. Lewis
Texas Bar No. 24116670
edlewis@winston.com
Olivia A. Wogon
Texas Bar No. 24137299
owogon@winston.com
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002

4

Telephone: (713) 651-2600

**ATTORNEYS FOR RELATORS**

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served upon all interested parties pursuant to Tex. R. App. P. 9.5(b)(2) and 52.7(c).

*/s/ Thanh D. Nguyen*
Thanh D. Nguyen

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sarah Shelby on behalf of Thanh Nguyen
Bar No. 24126931
SShelby@winston.com
Envelope ID: 99435328
Filing Code Description: Other Document
Filing Description: Nonparty Patients' Advisory in Support of Their Second Emergency Motion to Stay Pending Petition for Writ of Mandamus
Status as of 4/9/2025 7:03 AM CST

Associated Case Party: NonParty Patient No. 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jervonne Newsome | | JNewsome@winston.com | 4/8/2025 7:20:56 PM | SENT |
| Thanh Nguyen | | TDNguyen@winston.com | 4/8/2025 7:20:56 PM | SENT |
| Evan Lewis | | edlewis@winston.com | 4/8/2025 7:20:56 PM | SENT |
| William Logan | | WLogan@winston.com | 4/8/2025 7:20:56 PM | SENT |
| Olivia Wogon | | owogon@winston.com | 4/8/2025 7:20:56 PM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David G. Shatto | | david.shatto@oag.texas.gov | 4/8/2025 7:20:56 PM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 4/8/2025 7:20:56 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 4/8/2025 7:20:56 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 4/8/2025 7:20:56 PM | SENT |
| Ian Bergstrom | | Ian.Bergstrom@oag.texas.gov | 4/8/2025 7:20:56 PM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 4/8/2025 7:20:56 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 4/8/2025 7:20:56 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 4/8/2025 7:20:56 PM | SENT |
| Houston Docketing | | ecf_houston@winston.com | 4/8/2025 7:20:56 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 4/8/2025 7:20:56 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sarah Shelby on behalf of Thanh Nguyen
Bar No. 24126931
SShelby@winston.com
Envelope ID: 99435328
Filing Code Description: Other Document
Filing Description: Nonparty Patients' Advisory in Support of Their Second Emergency Motion to Stay Pending Petition for Writ of Mandamus
Status as of 4/9/2025 7:03 AM CST

Case Contacts

| Melinda Pate | | melinda.pate@oag.texas.gov | 4/8/2025 7:20:56 PM | SENT |
|---|---|---|---|---|
| Jamie Vargo | | JVargo@winston.com | 4/8/2025 7:20:56 PM | SENT |